In the Matter of the Claim of SWARTZ, INC., against
THE CITY OF UTICA.

LOTTIE SWARTZ et al., as Administrators of the Estate of ABE R. SWARTZ, Deceased, Appellants; EZRA HANAGAN et al., Respondents.

(Argued October 7, 1929; decided November 26, 1929.)

*Warnick J. Kernan* for motion.

*David F. Lee* opposed.

Motion to dismiss appeal from the order of the Appellate Division, dated May 2, 1928, denied upon the appellants filing an undertaking as required by section 593 of the Civil Practice Act, within ten days and serving notice thereof, paying ten dollars costs of the motion, and also filing and serving printed record on appeal within the next thirty days.

Motion to dismiss appeal taken from order of Special Term entered July 14, 1928, granted, without costs.